UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN BEERS, individually and on behalf of all
others similarly situated,

                    Plaintiff,                    21 **CIVIL** 00002 (CS)

       -against-                        **JUDGMENT**

MARS WRIGLEY CONFECTIONERY US, LLC,

                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 17, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           February 17, 2022

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                              **BY:**
                                                     **Deputy Clerk**